IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00100-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LUIS ARMANDO CARO-MARTINEZ,

      Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce LUIS ARMANDO CARO-MARTINEZ, D.O.B. 1968, Booking Number 166501, before United States Magistrate Court, as soon as practicable, for proceedings and appearances upon the charge set forth in the Indictment and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this 12th day of June, 2007.

                        _____
                        UNITED STATES MAGISTRATE JUDGE
                        UNITED STATES DISTRICT COURT
                        DISTRICT OF COLORADO

                            **MICHAEL J. WATANABE**
                            **U.S. MAGISTRATE JUDGE**
                            **DISTRICT OF COLORADO**